___US District___ COURT, STATE OF ___Massachusett___, COUNTY OF _____

> Wellesley Leasing, LLC
>
> VS
>
> Telx Communications Corporation

**SHERIFF'S OFFICE**
**AFFIDAVIT OF SERVICE**

Docket # _____

Sheriff's Case No. ___M04-1874___

STATE OF NEW YORK }
COUNTY OF NEW YORK } SS:

___ANTONIO NIEVES___, being duly sworn, affirms that he is a Deputy Sheriff of the City of New York, being over the age of eighteen years, is not a party to this action or proceeding and served the annexed ___Summons & Complaint___ in the above titled action or proceeding on the ___20___ day of ___Sept 2004___ at approximately ___1615___ (a.m)/p.m., at ___17 State St  33 Fl___, in the borough of Manhattan, County of New York. Service was made upon ___Telx Communication Corp___, the defendant/respondent in the following manner:

**PERSONAL SERVICE** ☐ By delivering to and leaving with the above named defendant/respondent personally a true copy thereof, said person being known as the person mentioned and described herein

**ALTERNATE PERSON** ☐ By delivering to and leaving a true copy thereof with _____ a person of suitable age and discretion, who is _____ to the defendant/respondent. Said address is the dwelling place/place of business of the party served.

**AFFIXED TO PREMISES** ☐ By affixing a true copy thereof to the door of the above mentioned address, said address being the dwelling place/place of business of the defendant/respondent.

**MAILED** ☐ By mailing a true copy thereof in a plain white envelope marked "PERSONAL & CONFIDENTIAL" to the defendant/respondent to his/her last known address at

**CORPORATION** ☑ By delivering to and leaving with, ___Rory J. Cutaia___ a true copy thereof said person stated he/she is the ___Executive Officer___, an agent authorized to accept service of legal process

**STATUTORY FEE** ☐ At the time of service, a statutory fee of $ _____ was also left with the person mentioned and described herein.

**OTHER:** ☑ ___note: Rory J. Cutaia - states his company is no longer Telx Comm. Group — It is now Telx Group Inc.___

**DESCRIPTION** ☑ The person served is a (☑)Male ( )Female and approximately Age ___45___
Height: ___5'7"___ Weight: ___175___ Skin: ___white___ Hair: ___Brown___

**NOTARY**

Sworn to (affirmed) before me this
___23___ day of ___September___, 200___4___

LUIS D. FELICIANO
Notary Public, State of New York
No. 02FE6037555
Qualified in Bronx County
Commission Expires Feb. 2, 20__

_Antonio Nieves_
ANTONIO NIEVES
DEPUTY SHERIFF
(212) 227-9772

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

WELLESLEY LEASING, LLC,
        Plaintiff

V.

TELX COMMUNICATIONS CORPORATION,
        Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 11814 WGY**

TO: (Name and Address of Defendant)

Telx Communications Corpoation
17 State Street, 33rd Floor
New York, NY  10007

Att: Rory J. Cutaia, Chief Executive Officer

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard J. O'Brien, Esquire
75 North Street, Suite 310
Pittsfield, MA 01201

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

_signature_
BY DEPUTY CLERK

AUG 19 2004
DATE