UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| WELLESLEY LEASING, LLC. )<br>        Plaintiff )<br>)<br>v. )<br>)<br>TELX COMMUNICATIONS )<br>CORPORATION, )<br>)<br>        Defendant ) | CASE NO. 04-11814-WGY |

### REQUEST FOR DEFAULT
(pursuant to Mass. R. Civ. P. 55 (a))

I, Richard J. O'Brien, attorney for the above-named Plaintiff, Wellesley Leasing, LLC, state that the complaint in which a judgment for affirmative relief is sought against the Defendant, Telx Communications Corporation, was filed on August 19, 2004, and the summons and a copy of the complaint have been served on the Defendant herein on September 23, 2004, as appears from the officer's return. That the time within which the Defendant shall serve a responsive pleading or otherwise defend pursuant to Mass. R. Civ. P. 12(a), has expired and the Defendant has failed to serve or file an answer or otherwise defend as to the complaint.

WHEREFORE, the Plaintiff, Wellesley Leasing, LLC, makes application that the Defendant, Telx Communications Corporation, be defaulted.

Signed under the penalties of perjury.

                                                          WELLESLEY LEASING, LLC.

                                                          By: _____
                                                          Its Attorney
                                                          Richard J. O'Brien, Esquire
                                                          75 North Street, Suite 310
                                                          Pittsfield, MA 01201
                                                          (413) 499-5656
                                                          BBO #552285

Dated: December 17, 2004