UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                   Civil Action
                                                   No: **04-11814-WGY**

**WELLESLEY LEASING, LLC.**
Plaintiff

v.

**TELX COMMUNICATIONS CORPORATION**
Defendant

## NOTICE OF DEFAULT

      Upon application of the Plaintiff, Wellesley Leasing, LLC., for an order of Default for failure of the Defendant,Telx Communications Corporation to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on December 22, 2004.

                                                 **Tony Anastas,**
                                                 **Clerk**


                                    **By:**    /s/ Marie Bell
                                                 **Deputy Clerk**

Notice mailed to counsel of record and defendants.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                     **Civil Action
No: 04-11814-WGY**

**WELLESLEY LEASING, LLC.
Plaintiff**

v.

**TELX COMMUNICATIONS CORPORATION
Defendant**

# NOTICE OF DEFAULT

    Upon application of the Plaintiff, Wellesley Leasing, LLC., for an order of Default for failure of the Defendant, Telx Communications Corporation to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on December 22, 2004.

                                                **Tony Anastas,
Clerk**

                                                **By:    /s/ Marie Bell
           Deputy Clerk**

Notice mailed to counsel of record and defendants.