UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

WELLESLEY LEASING, LLC.  )
      Plaintiff  )
        )
v.  )   CASE NO. 04-11814-WGY
        )
TELX COMMUNICATIONS  )
CORPORATION,  )
      Defendant  )

### AFFIDAVIT AND PROOF OF SERVICE

I, Richard J. O'Brien, do depose and say that I, as the attorney for the Plaintiff in the above-entitled matter, did, by regular mail, notify the Defendant, Telx Communications Corporation, Att: Rory J. Cutaia, Chief Executive Officer, 17 State Street, Floor 33, New York, NY 10004-1501 by letter mailed on March 11, 2005, that Request for Default upon Assessment of Damages was filed by said Plaintiff in the U.S. District Court - Eastern Division, Boston, Commonwealth of Massachusetts, by mailing to the Chief Deputy Clerk of that Court the Plaintiff's Request for Default Judgment upon Assessment of Damages; Affidavit in Support of Assessment of Damages; and Default Judgment, and did enclose in said correspondence the original above-mentioned documents for filing.

Signed receipt of the delivery of the aforesaid letter is affixed hereto.

Signed under the pains and penalties of perjury this 4th day of April, 2005.

                                            Richard J. O'Brien, Esquire

COMMONWEALTH OF MASSACHUSETTS

Berkshire, ss.                                                                April 14th, 2005

    On this 14th day of April, 2005, before me, the undersigned notary public, personally appeared RICHARD J. O'BRIEN, ESQUIRE, proved to me through satisfactory evidence of identification, which was personally known to me to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

                                                  Janice M. Filpi, Notary Public
                                                My Commission Expires: August 18, 2006

**RICHARD J. O'BRIEN**
Attorney and Counselor at Law
The Central Block

75 North Street - Suite 310
Pittsfield, MA 01201
(413) 499-5656
FAX (413) 445-4926

March 11, 2005

U.S. District Court - Eastern Division
John Joseph Moakley U.S. Courthouse
Att: William L. Ruane, Jr., Chief Deputy Clerk
Federal Building and Court House
1 Courthouse Way
Boston, MA 02210-3002

      Re:    Wellesley Leasing, LLC v. Telx Communications Corporation
              Case No. 04-11814-WGY

Dear Chief Deputy Clerk Ruane:

Enclosed herewith for filing please find the following:

1. Request for Default Judgment upon Assessment of Damages;

2. Affidavit in Support of Assessment of Damages; and

3. Default Judgment.

Should you have any questions, please don't hesitate to contact my office.

                        Very truly yours,

                        Richard J. O'Brien

RJO:jmf
Enclosures
cc:    Telx Communications Corporation
       Wellesley Leasing, LLC

# stamps.com

## Postage Transaction Record
Thursday, April 14, 2005

| | |
|---|---|
| Device ID: | 062S0005232644 |
| License #: | |
| Print Date: | March 11, 2005 - 12:01:39 PM |
| Mail Date: | March 11, 2005 |
| Return Address: | RICHARD J. O'BRIEN<br>75 NORTH ST STE 310<br>PITTSFIELD<br>MA 01201 |
| Delivery Address: | Telx Communications Corp.<br>Att: Rory J. Cutaia<br>Chief Executive Off<br>17 State St Fl 33<br>New York NY 10004-1501 |
| Weight: | 0 lbs 2 oz |
| Reference: | TLP Leasing |
| Refund Type: | e/Refund |

| Cost: | | |
|---|---|---|
| | Postage | $0.60 |
| | Mail Class | |
| | First-Class Mail: | |
| Total Cost: | | $0.60 |