# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

WELLESLEY LEASING, LLC,
   Plaintiff(s)

v.                                              CIVIL ACTION NO. 04-11814-WGY

TELX COMMUNICATIONS CORPORATION
   Defendant(s)

## DEFAULT JUDGMENT

Defendant Telx Communications Corp. having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $174,301.51 that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $ 192.00.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Telx Communications Corp. the principal amount of $ 124,501.08, with costs in the amount of $ _____ and prejudgment interest at the rate of 12 % from October 1, 2001 to February 28, 2005 in the amount of $ 49,800.43 for a total judgment of $ 174,493.51 with interest as provided by law.

Dated: May 11, 2005

By the Court,

*Elizabeth Smith*
Deputy Clerk

NOTE: The post judgment interest rate effective this date is 0.00%.

(Default Judgment.wpd - 12/98)                                    [dfltjgm.]